No. 01–9486.  HANSEN v. LAYTNER ET AL.  C. A. 11th Cir. Certiorari denied.

No. 01–9487.  HAWKINS v. MAHONEY, WARDEN.  Sup. Ct. Mont. Certiorari denied.

No. 01–9534.  ZARYCHTA v. TEXAS.  Ct. App. Tex., 14th Dist. Certiorari denied.

No. 01–9617.  KESSLER v. TEXAS.  Ct. App. Tex., 5th Dist. Certiorari denied.

No. 01–9653.  MURPHY v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 01–9697.  LEVENITE ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–9748.  LUERSEN v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 01–9764.  MILES v. DEPARTMENT OF VETERANS AFFAIRS. C. A. Fed. Cir.  Certiorari denied.

No. 01–9767.  BOYD v. T'KACH.  C. A. 10th Cir.  Certiorari denied.

No. 01–9768.  SAVAGE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–9797.  LOVE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–9799.  LIRIANO v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 01–9808.  GUILLEN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 01–9809.  PACHECO-CAMACHO v. HOOD, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 01–9810.  SAYES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–9813.  BUCKLAND v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.